EXHIBIT A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH SUPERIOR/CIRCUIT COURT |
| | ) SS: | SOUTH BEND DIVISION |
| ST. JOSEPH COUNTY | ) | CAUSE NO.: 71____2011-CT- |

**71D07-2011-CT-000407**

DENISE COOK and WILLIAM COOK, )
115 Judson Road )
LaPorte, Indiana 46350 )
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
DOLLAR GENERAL CORPORATION )
to be served by Registered Agent: )
Corporation Service Company )
2908 Poston Avenue )
Nashville, TN 37203-1312 )
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　)

## COMPLAINT FOR DAMAGES

### COUNT I

Comes now the Plaintiff, Denise Cook, and for her claim for relief states the following:

1. On or about the 28th day of March, 2020 in St. Joseph County, Indiana, the Plaintiff, Denise Cook was a business invitee on the premises of the Defendant, Dollar General Corporation at which time she slipped and fell.

2. As a direct and proximate result of the carelessness and negligence of the employees and/or agents of the Defendant, Dollar General Corporation, the Plaintiff, Denise Cook, has sustained personal injuries the effects of which may be permanent and lasting, has incurred hospital, doctor and medical expenses and may continue to incur hospital, doctor and medical expenses in the future, has lost her wage and may continue to lose her wage in the future, has incurred pain and suffering and may continue to incur pain and suffering in the future, all of which damages are in an amount yet uncertain.

3.  The injuries and damages incurred by the Plaintiff, Denise Cook, are the direct and proximate result of the carelessness and negligence of the employees and/or agents of the Defendant, Dollar General Corporation, by failing the maintain the premises in a safe and reasonable manner.

WHEREFORE, the Plaintiff, Denise Cook requests judgment against the Defendant, Dollar General Corporation, in an amount adequate to compensate her for her losses, for the cost of this action and for all other just and proper relief.

## COUNT II

Comes now the Plaintiff, William Cook and for his claim for relief states the following:

1.  He realleges paragraphs 1 and including 3 of Count I of this Complaint.

2.  He is the husband of the Plaintiff, Denise Cook.

3.  As a further direct and proximate result of the carelessness and negligence of the employees and/or agents of the Defendant, Dollar General Corporation, the Plaintiff, William Cook, has lost the care, comfort and society of his wife, the Plaintiff, Denise Cook.

WHEREFORE, the Plaintiff, William Cook, requests judgment against the Defendant, Dollar General Corporation in an amount adequate to compensate him for his losses, for the cost of this action and for all other just and proper relief.

/s/Jeffrey J. Stesiak
Jeffrey J. Stesiak (16876-46)
Attorney for the Plaintiffs
PFEIFER, MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870
E-Mail: jstesiak@pilawyers.com

## JURY DEMAND

The Plaintiff, by counsel demands a Trial by Jury.

/s/Jeffrey J. Stesiak
Jeffrey J. Stesiak (16876-46)
Attorney for the Plaintiffs
PFEIFER, MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870
E-Mail: jstesiak@pilawyers.com